RONALD LOWE, III, an Infant, by His Father and Natural Guardian, RONALD LOWE, et al., Plaintiffs, v DOLLAR TREE STORES, INC., Also Known as DOLLAR TREE NEW YORK, INC., Defendant and Third-Party Plaintiff-Respondent. MAINKEY TOYS, Third-Party Defendant-Appellant.

Submitted June 18, 2007; decided September 6, 2007

Reported below, 40 AD3d 264.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MONROE YALE MANN, Respondent, v BERNARD ABEL et al., Appellants, et al., Defendants.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 37 AD3d 778.

Motion by Advance Publications, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

MARY McKINNEY et al., Appellants, v COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 41 AD3d 252.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.